UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUCAS CLOWSER,<br><br>    Petitioner,<br><br>  v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>    Respondent. | Case No. 5:19-cv-00233-PA (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein, including the Petition (Dkt. 1), Respondent's Motion to Dismiss the Petition (Dkt. 9, "Motion to Dismiss"), the Reply to the Motion to Dismiss (Dkt. 11), and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No party has filed timely objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that:

  (1) Respondent's Motion to Dismiss (Dkt. 9) is GRANTED; and

(2) Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: June 3, 2019

_____
PERCY ANDERSON
United States District Judge