JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUCAS CLOWSER,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>    Respondent. | Case No. 5:19-cv-00233-PA (JDE)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

  IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice

Dated: June 3, 2019

                   /s/ Percy Anderson
                   PERCY ANDERSON
                   United States District Judge